IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINANCIAL & SECURITY PRODUCTS ASSOCIATION, a not-for-profit corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DIEBOLD, INCORPORATED, an Ohio corporation, erroneously sued as DIEBOLD, INC.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 04-04347 WHA<br><br>**ORDER APPROVING STIPULATED DISMISSAL** |

The stipulated dismissal of this action with prejudice pursuant to FRCP 41(a)(1) is **APPROVED**. The Court retains no jurisdiction to enforce any settlement agreement between the parties. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: August 1, 2005

　　　　　　　　　　　　　　　　　　／s／ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE